ACCEPTED
03-15-00203-CR
7270803
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/7/2015 1:37:12 PM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00203-CR

| | | | |
|---|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** | |
| | § | | |
| **VS.** | § | **THIRD COURT** | |
| | § | | |
| **RONNIE HUE MONTGOMERY** | § | **OF APPEALS** | |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/7/2015 1:37:12 PM
JEFFREY D. KYLE
Clerk

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Ronnie Montgomery., Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.	This case is on appeal from the 147th Judicial District Court of Travis County, Texas.

2.	The case below was styled the STATE OF TEXAS vs. Ronnie Montgomery, and numbered D1DC-13202988 in the District Court of Travis County, Texas.

3.	Appellant was convicted of Evading in Vehicle.

4.	Appellant was assessed a sentence to 5 years TDCJ.  The 5 year sentence was probated and Appellant was placed on 5 years probation  .

	Notice of appeal was given.

6.	The clerk's record and the reporter's record were filed.

7.     The appellate brief was presently due on or about October 5, 2015.

8.     Appellant requests an extension of time of 30 days from the present date, i.e. that the brief be due on or before November 7, 2015.

9.     Defendant is currently free on probation and not incarcerated.

10.    Appellant relies on the following facts as good cause for the requested extension:

A.) Appellant's counsel is investigating whether or not to make a Faretta Warnings argument.  On the record, the Court makes reference to giving Faretta Warnings at an earlier hearing on the record.  Appellant's counsel had searched the record and is unable to find those warnings.

Appellant's counsel has spoken to the Court Reporter and the Court and has requested that the Court Reporter provide all the records for all hearings on the record and Not just the transcript for the day of the trial.    Appellant counsel requested in writing all hearings prior to trial and has reiterated that request to the Court Reporter and has asked her to supplement her filings with this Court when she locates those transcripts.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

RICKEY D. JONES
ATTORNEY AT LAW
1910 Pacific Ave, Ste 15100
Dallas, Texas 75201
Tel: (214) 742-0708
Fax: (214) 742-5956

By:_____
    Rickey D. Jones
    State Bar No. 00787791
    Attorney for Appellant

## CERTIFICATE OF SERVICE

This is to certify that on October 5, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Travis County, by facsimile transmission.

_____
Rickey D. Jones